# **Exhibit "C"**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CRIMINAL ACTION** |
| ) | **NO. 20-MJ-4109-DHH** |
| **PETER FRATUS,** ) | **(See also Eastern District of PA.** |
| ) | **Cr. No. 20-1000)** |
| ) | |
| **Defendant** ) | |
| ) | |

## RULE 5 ORDER OF REMOVAL
June 19, 2020

Hennessy, M.J.

## I.  Nature of the Offense and the Government's Motion

This is a commitment to another District proceeding, pursuant to Fed. R. Crim. P. 5(c)(2).

Defendant Peter Fratus was arrested in this District pursuant to a warrant for his arrest issued in

the United States District Court for the Eastern District of Pennsylvania.  The warrant was based

on a criminal complaint charging Mr. Fratus with Interstate Transmission of Threatening

Communications, in violation of 18 U.S.C. § 875( c)

This Court conducted an initial appearance on June 16, 2020, the date of Fratus' arrest, at

which the Federal Public Defender was provisionally appointed to represent Mr. Fratus for

purposes of all proceedings in the District of Massachusetts.  Mr. Fratus was advised of his right

under the Constitution to remain silent and to the assistance of counsel at every critical stage of

the proceedings.  The Court also advised Mr. Fratus of his right to detention and preliminary

hearings either in this district or the Eastern District of Pennsylvania, his right to an identity

1

hearing, and the provisions of Rule 20, under Fed. R. Crim. P. 5(c)(3).  The United States moved for detention pursuant to the Bail Reform Act.

At the initial appearance, Mr. Fratus, with the assistance of counsel, knowingly and voluntarily waived his right to an identity hearing; the Court finds, based on this waiver, that he is the person named in the warrant of arrest.  The matter was continued to June 19, 2020 for a detention hearing and preliminary hearing.

On June 19, 2020, the court conducted a detention and preliminary hearing at which evidence was proffered, exhibits received, and arguments made.  For the reasons stated on the record, I find the criminal complaint is supported by probable cause.  In addition, for the reasons stated on the record, I find that the United States has carried its burden of establishing  by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Mr. Fratus' appearance as required, and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.  Mr. Fratus is therefore ordered detained.

The United States has produced a reliable electronic copy of the warrant in compliance with Rule 5.

## II.  Order of Detention

WHEREFORE, the Defendant is REMANDED to the custody of the United States Marshals Service and ORDERED removed to the Eastern District of Pennsylvania

Case 1:20-mj-04109-DHH   Document 13   Filed 06/19/20   Page 3 of 3

.

# RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

/s/ David H. Hennessy
David H. Hennessy
United States Magistrate Judge

3