# Exhibit "A"

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. CHRISTIAN MATTHEW MANLEY   CASE NO. 3:21-mj-00533-MMS
Defendant:  X  Present   X  In Custody

BEFORE THE HONORABLE:  MATTHEW M. SCOBLE

DEPUTY CLERK/RECORDER:  CAMILLE WHITE

OFFICIAL REPORTER:  NONE PRESENT

UNITED STATES' ATTORNEY:  STEPHAN A. COLLINS

DEFENDANT'S ATTORNEY:  SAMUEL LEE EILERS

U.S.P.O.:  CATHY TOVORNIK

PROCEEDINGS: Continued Detention Hearing HELD October 21, 2021.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:17 p.m. court convened in Anchorage Courtroom 1.

Court and counsel heard re defendant previously advised of rights, charges and penalties and counsel appointed.

Defendant waived identity hearing and verified true name as same.

Defendant waived copy of arrest warrant.

Court and counsel heard re exhibits at **(dkt 12), (dkt 13)** and **(dkt 14)**.

Plaintiff exhibits 1, 2, 3, 4, 5, 6 and 7 **ADMITTED**.

Marissa Taggart sworn and testified on behalf of plaintiff.

Arguments heard.

Court ordered defendant's detention.

At 3:21 p.m. court recessed until 3:41 p.m.

Defendant waived right to a preliminary hearing.

Continued to Page 2

(Revised 1-29-2015)

```
                     CONTINUATION PAGE 2
                  CONTINUED DETENTION HEARING
               U.S.A. vs. CHRISTOPHER MATTHEW MANLEY
                       3:21-mj-00533-MMS
                        October 21, 2021
------------------------------------------------------------------
```

Court ordered defendant remanded to the custody of the U.S. Marshal to be transported to the U.S. District of Columbia to answer to the charges in the complaint.

At 3:43 p.m. court adjourned.

List of Exhibits and List of Witnesses to be filed separately.

DATE: October 21, 2021       DEPUTY CLERK'S INITIALS: ACW

(Revised 1-29-2015)