# Exhibit "B"

CUSTODY

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: <u>1:20−mj−04109−DHH</u> All Defendants
### *Internal Use Only*

---

Case title: USA v. Fratus                    Date Filed: 06/16/2020

---

Assigned to: Magistrate Judge
David H. Hennessy

**<u>Defendant (1)</u>**

**Peter Fratus**                    represented by    **Brendan O. Kelley**
Federal Defenders Office
51 Sleeper Street, 5th Flr.
Boston, MA 02210
(617) 223−8061
Email: brendan_kelley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
| --- | --- |
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level</u>** **<u>(Terminated)</u>** | |
| --- | --- |
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
| --- | --- |
| 18 U.S.C. s. 875(c): Interstate threatening communications | |

---

**<u>Plaintiff</u>**

**USA**                    represented by

**Elianna J. Nuzum**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
617−748−3100
Email: elianna.nuzum@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/16/2020 | | 5 | Arrest (Rule 5) of Peter Fratus. (King, Dawn) (Entered: 06/16/2020) |
| 06/16/2020 | 1 | 6 | Rule 5 COMPLAINT and IMPOUND ORDER as to Peter Fratus. (King, Dawn) (Additional attachment(s) added on 6/16/2020: # 1 Affidavit of Joshua J. Hubiak) (King, Dawn). Modified on 6/16/2020 (King, Dawn). (Additional attachment(s) added on 6/16/2020: # 2 JS45) (King, Dawn). (Entered: 06/16/2020) |
| 06/16/2020 | 2 | | *SEALED* Arrest Warrant from E. Dist. Pennsylvania as to Peter Fratus. (King, Dawn) (Entered: 06/16/2020) |
| 06/16/2020 | 3 | 16 | ELECTRONIC NOTICE of Case Assignment as to Peter Fratus; Magistrate Judge David H. Hennessy assigned to case. (Finn, Mary) (Entered: 06/16/2020) |
| 06/16/2020 | 4 | 17 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Peter Fratus.

Initial Appearance − Rule 5 set for 6/16/2020 at 11:00 AM in Courtroom 1 − Worcester before Magistrate Judge David H. Hennessy.

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: www.public.mad.uscourts.gov/seating−signup.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

(King, Dawn) (Entered: 06/16/2020) |
| 06/16/2020 | 5 | 19 | Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Initial Appearance in Rule 5(c)(3) Proceedings as to Peter Fratus held on 6/16/2020 : |

Rule 5 case called. Defendant and his attorney (FPD: Kelley, B.) appear via video conference. Defendant appears in custody from Plymouth. All other parties are present via video conference as well. Court explains the circumstances under which the Court is operating due to the Coronavirus epidemic and instructs the Defendant on his right to be present in the courtroom. Defendant knowingly and voluntarily waives his appearance in the courtroom and agrees to participate via video conference. The Court finds that requiring the Defendant to be present could further jeopardize the health of the public and that delaying this proceeding would not serve justice. The Court finds that public access to this hearing has been made. The Court now proceeds with the hearing with respect to Defendant's Initial Appearance. Court informs Defendant of reason for his appearance, charges, rights and constitutional rights. Court provisionally appoints FPD (Kelley, B.) and will submit a financial affidavit after the hearing. Government states maximum penalties and moves for detention and requests a detention hearing in 3 days. Court advises Defendant of rights in this district and the charging district. Defendant does not contest identity and does seek a detention hearing, also a preliminary hearing, set for 6/19/20 9:00am. Preliminary and Detention Hearing set for 6/19/2020 at 9:00 AM in Courtroom 1 − Worcester before Magistrate Judge David H. Hennessy. FBI Agent Brian Pereira presents the Rule 5 Affidavit and the Judge signs on behalf of the Agent electronically. Defendant remains in custody at Plymouth.

*Hearing date and time is subject to prison's confirmation. A separate video conference invitation will be emailed to counsel after confirmation. If counsel would like to speak to client(s) on the video conference before the start of the hearing, please email the Courtroom Deputy Clerk immediately upon receipt of this notice.

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: www.public.mad.uscourts.gov/seating−signup.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

(Attorneys present: Nuzum, Kelley (PO Foster. )Court Reporter Name and Contact or digital recording information: Linda Walsh at lwalshsteno@gmail.com. (King, Dawn) (Entered: 06/16/2020)

| 06/16/2020 | 6 | 21 | RULE 5 AFFIDAVIT as to Peter Fratus by Affiant Agent Brian Pereira. (King, Dawn) (Entered: 06/16/2020) |
| 06/19/2020 | 7 | 23 | Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Preliminary and Detention Hearing as to Peter Fratus held on 6/19/2020. Case called (Rule 5). Defendant and his attorney (FPD: Kelley, B.) appear via video conference. Defendant appears in custody from Plymouth. All |

| | | | |
|---|---|---|---|
| | | | other parties are present via video conference as well. Court explains the circumstances under which the Court is operating due to the Coronavirus epidemic and instructs the Defendant on his right to be present in the courtroom. Defendant knowingly and voluntarily waives his appearance in the courtroom and agrees to participate via video conference. The Court finds that requiring the Defendant to be present could further jeopardize the health of the public and that delaying this proceeding would not serve justice. The Court finds that public access to this hearing has been made. The Court now proceeds with the hearing with respect to Defendant's Preliminary and Detention Hearing. Parties agree to proceed via proffer. Defendant addresses some items in the Pretrial Services Report with the Court that Defendant feels were not correct. Government moves to admit Exhibits 1−10. Court admits them, no objection. Government moves for detention and proceeds via proffer. Defendant argues for release with conditions and comments on probable cause. Government further argues for detention. The Court finds probable cause and states reasons therefore. Government's motion to detain is granted on danger to community and risk of flight. Defendant advised of his right of appeal. Defendant remains in custody at Plymouth.(Attorneys present: Nuzum, Kelley, PO Foster, K. )Court Reporter Name and Contact or digital recording information: Kelly Mortellite at mortellite@gmail.com. (King, Dawn) (Entered: 06/19/2020) |
| 06/19/2020 | 8 | 25 | EXHIBIT as to Peter Fratus. (King, Dawn) (Entered: 06/19/2020) |
| 06/19/2020 | 9 | 26 | Magistrate Judge David H. Hennessy: ELECTRONIC ORDER entered. as to Peter Fratus : Attorney Brendan Kelley's provisional appointment is made permanent for purposes of proceedings in this district. (King, Dawn) (Entered: 06/19/2020) |
| 06/19/2020 | 11 | 27 | Magistrate Judge David H. Hennessy: ORDER entered. RULE 5 ORDER OF REMOVAL to District of Eastern District of PA. as to Peter Fratus. (King, Dawn) (Entered: 06/22/2020) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Brendan O. Kelley (brendan_kelley@fd.org), Elianna J. Nuzum
(elianna.nuzum@usdoj.gov, scheung@usa.doj.gov, scooper@usa.doj.gov, usama.ecf@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8838368@mad.uscourts.gov
Subject:Activity in Case 1:20-mj-04109 USA v. Fratus Arrest - Rule 5
```
Content−Type: text/html

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/16/2020 at 8:39 AM EDT and filed on 6/16/2020

| | |
|---|---|
| **Case Name:** | USA v. Fratus |
| **Case Number:** | 1:20−mj−04109 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Peter Fratus. (King, Dawn)**

**1:20−mj−04109−1 Notice has been electronically mailed to:**

Elianna J. Nuzum     elianna.nuzum@usdoj.gov, SCheung@usa.doj.gov, SCooper@usa.doj.gov,
USAMA.ECF@usdoj.gov

Brendan O. Kelley     brendan_kelley@fd.org

**1:20−mj−04109−1 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

           v.              :          MAGISTRATE NO. 20-1000

CERTAIN PERSON           :

## **ORDER**

AND NOW, this 15th day of June, 2020 upon application of the United States Attorney that the complaint, warrant and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrant and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendant has been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and the FBI. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Robert J. Livermore, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT the complaint, warrant and affidavit, and corresponding docket entries, shall be unimpounded immediately upon notification by the United

States Attorney, or his representative, that all of the defendants have been arrested or upon

further order of the Court.

BY THE COURT:

   _/s/ The Honorable Marilyn Heffley_   
HON. MARILYN HEFFLEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      v.          :          MAGISTRATE NO. 20-1000

CERTAIN PERSON          :

## MOTION TO IMPOUND COMPLAINT AND WARRANT

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney in and for the Eastern District of Pennsylvania, and Robert J. Livermore, Assistant United States Attorney for that District, moves that the complaint, warrant and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, and, in support thereof, alleges that if the existence and content of these documents are made public prior to the arrest of the defendant there is the risk that the defendant will flee, thereby hindering the execution of the arrest warrant.

WHEREFORE, the government respectfully requests that this Court enter an order directing that the complaint, warrant and affidavit, and corresponding docket entries, in the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendant has been arrested, except for the two certified copies of the warrant to be provided to the United States Marshal's Service and the FBI. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Robert J. Livermore, Assistant United States Attorney, until further order of the Court or until

8

notified by the United States Attorney, or his representative, that the defendant has been arrested.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney


_____/s/ Robert J. Livermore_____
Robert J. Livermore
Assistant United States Attorney

AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Livermore)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    20-MJ-1000 |
| PETER FRATUS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 6, 2020 _____ in the county of _____ Philadelphia _____ in the
_____ Eastern _____ District of _____ Pennsylvania _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threatening communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

|  |
|---|
| /s/ Joshua J. Hubiak |
| *Complainant's signature* |
| Joshua J. Hubiak, Special Agent, FBI |
| *Printed name and title* |

Sworn to before me and signed in my presence.

Date: _____ June 15, 2020 _____

| |
|---|
| /s/ The Honorable Marilyn Heffley |
| *Judge's signature* |

City and state: _____ Philadelphia, PA _____

| |
|---|
| HON. MARILYN HEFFLEY, USMJ |
| *Printed name and title* |

# AFFIDAVIT

I, Joshua J. Hubiak, hereby depose and state as follows:

## I.    Introduction

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2011.  I am currently assigned to the Philadelphia Division of the FBI, Cyber National Security Squad.  In this capacity, I am charged with investigating possible violations of federal criminal law, specifically those involved with cybercrimes.  By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on cyber national security cases.  I have received training in the conduct of computer crime investigations.  I have also received training and gained experience in interviewing and interrogation techniques, the execution of federal search warrants and seizures, and the identification and collection of computer-related evidence.  In addition, I have personally participated in the execution of federal search warrants involving the search and seizure of computer equipment.  Prior to my employment with the FBI, I was a Software Engineer and Database Administrator for several companies over the span of 17 years.  Additionally, I received my Bachelor of Science degree in Computer Science, which covered a wide array of topics including, but not limited to, networking, software design and engineering, and database design and implementation.

2.    The information in this affidavit is drawn from my personal knowledge and that of other agents and police officers.  This affidavit is submitted for the purpose of describing probable cause to arrest PETER FRATUS for violating Title 18, United States Code, Section 875(c).  Section 875(c) provides: "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## II.    Background

3.    On May 25, 2020, George Perry Floyd, Jr., an African-American male, was killed in Minneapolis during an encounter with police officers.  Several police officers were subsequently charged with murder in connection with Mr. Floyd's death.  Mr. Floyd's death was recorded and that video was widely disseminated over the internet.  His death in police custody precipitated several weeks of demonstrations in Philadelphia and many other locations throughout the United States, some of which involved violence and property destruction, including violence aimed at police officers and arsons of police property.

4.    Danielle Outlaw is the Commissioner for the Philadelphia Police Department, a role she assumed on February 10, 2020.  Commissioner Outlaw, who is African-American, is in charge of more than 6,000 sworn law enforcement officers and civilian personnel in the City of Philadelphia, Pennsylvania.

## III.    The Threats

5.      On Saturday, June 6, 2020, an individual, later identified as PETER FRATUS, sent two emails to the Philadelphia Police Commissioner's email address.[1]   Both emails were sent from email address "617slave2btrained@gmail.com" with the username "Kevin Johnson".  The first email contained subject "Answer the phone" with body "Calling the police now for an emergency. No answer. Dirty nigger! Find a nigger hang a nigger. Jews into the ovens!!!"  The second email contained subject "Find a nigger kill a nigger" with body "Where does police chief live?"

6.      The header information of both emails showed that the emails were sent from an iPhone with IOS 13.5.1 and that both emails were sent from Comcast IP address 174.63.29.163. Upon investigation, IP address 174.63.29.163 resolved to Comcast Cable Communications in Barnstable, MA.  The email address "617slave2btrained@gmail.com" was associated with two Skype accounts: (a) User Name: live:617slave2btrained, Display Name: 617slave2btrained and (b) User Name: stupidcunt617, Display Name: Stupid Cunt.

7.      On June 8, 2020, pursuant to a subpoena, Comcast provided subscriber information for IP address 174.63.29.163.  The subscriber of this account was Person #1 of West Dennis, MA, later identified as a person who lived at the same address as PETER FRATUS.

8.      On June 8, 2020, pursuant to court order, Apple provided subscriber information for the user of IP address 174.63.29.163 as PETER FRATUS, of West Dennis, MA.

9.      Based upon the information obtained from Comcast and Apple, on June 8, 2020, FBI agents, Massachusetts State Police officers, and local police officers interviewed PETER FRATUS at his home in West Dennis, Massachusetts.  Prior to the interview, the Massachusetts State Police advised the FBI that FRATUS had threatened a Massachusetts government official by, inter alia, leaving voicemails on the public official's phone during which he allegedly threatened to slit the public official's throat.  During the June 8, 2020 interview, Fratus initially denied sending the threatening e-mails.  He later admitted that he sent the threatening messages to the Philadelphia Police Commissioner and the Massachusetts public official.  FRATUS admitted that he "crossed the line."

---

[1]      Per the email header information, the emails were sent at approximately 03:18 and 03:19 on June 7, 2020, UTC.

2

## V.    Conclusion

Based on the above I believe probable cause exists to charge PETER FRATUS with violating Title 18, United States Code, Section 875(c), for transmitting in interstate commerce any communication containing any threat to injure the person of another, that is, the Philadelphia Police Commissioner on June 6, 2020, with knowledge that the communication would be viewed as a threat.

_____*/s/ Joshua J. Hubiak*_____
Joshua J. Hubiak
Special Agent
Federal Bureau of Investigation

SWORN BEFORE ME THIS 15th DAY OF JUNE, 2020
BY THE COURT:

_____*/s/  The Honorable Marilyn Heffley*_____
HONORABLE MARILYN HEFFLEY
*United States Magistrate Judge*

Case 4:20-mj-06201-TSH Document 11-2 Filed 06/23/20 Page 15 of 29

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** __II__ | **Investigating Agency** __FBI__ |

**City** __West Dennis__      **Related Case Information:**

**County** __Barnstable__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of __Eastern District of Pennsylvania__

**Defendant Information:**

**Defendant Name** __Peter Fratus__      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** __(City & State)__ West Dennis, MA

Birth date (Yr only): __1981__ SSN (last4#): __5235__ Sex __M__    Race: __Caucasian__    Nationality: _____

**Defense Counsel if known:** __Brendan Kelley__    Address __Federal Public Defender's Office,__

**Bar Number** _____      __51 Sleeper St #5, Boston, MA 02210__

**U.S. Attorney Information:**

**AUSA** __Elianna J. Nuzum__      Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date** __06/16/2020__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __06/16/2020__      Signature of AUSA: _Elianna J. Nuzum_

Case 1:20-cr-00029-TSC Document 112 Filed 10/21/21 Page 16 of 30

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Peter Fratus _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 875(c) | Interstate Threatening Communications | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Brendan O. Kelley (brendan_kelley@fd.org), Elianna J. Nuzum
(elianna.nuzum@usdoj.gov, scheung@usa.doj.gov, scooper@usa.doj.gov, usama.ecf@usdoj.gov),
Magistrate Judge David H. Hennessy (dawn_king@mad.uscourts.gov,
honorable_david_hennessy@mad.uscourts.gov, kristin_crafts@mad.uscourts.gov,
shea_miller@mad.uscourts.gov)
--Non Case Participants: ad hoc (dawn_king@mad.uscourts.gov)
--No Notice Sent:

Message-Id:8838420@mad.uscourts.gov
```
Subject:Activity in Case 1:20-mj-04109-DHH USA v. Fratus Case Assigned/Reassigned
Content−Type: text/html

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/16/2020 at 9:01 AM EDT and filed on 6/16/2020

| | |
|---|---|
| **Case Name:** | USA v. Fratus |
| **Case Number:** | <u>1:20−mj−04109−DHH</u> |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ELECTRONIC NOTICE of Case Assignment as to Peter Fratus; Magistrate Judge David H. Hennessy assigned to case. (Finn, Mary)**

**1:20−mj−04109−DHH−1 Notice has been electronically mailed to:**

Elianna J. Nuzum    elianna.nuzum@usdoj.gov, SCheung@usa.doj.gov, SCooper@usa.doj.gov, USAMA.ECF@usdoj.gov

**1:20−mj−04109−DHH−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Brendan O. Kelley (brendan_kelley@fd.org), Elianna J. Nuzum
(elianna.nuzum@usdoj.gov, scheung@usa.doj.gov, scooper@usa.doj.gov, usama.ecf@usdoj.gov),
Magistrate Judge David H. Hennessy (dawn_king@mad.uscourts.gov,
honorable_david_hennessy@mad.uscourts.gov, kristin_crafts@mad.uscourts.gov,
shea_miller@mad.uscourts.gov)
--Non Case Participants: Media Account (media@mad.uscourts.gov)
--No Notice Sent:

Message-Id:8838422@mad.uscourts.gov
Subject:Activity in Case 1:20-mj-04109-DHH USA v. Fratus Notice of Hearing for Initial
Appearance
Content−Type: text/html
```

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/16/2020 at 9:02 AM EDT and filed on 6/16/2020

| | |
|---|---|
| **Case Name:** | USA v. Fratus |
| **Case Number:** | 1:20−mj−04109−DHH |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Peter Fratus.**

Initial Appearance − Rule 5 set for 6/16/2020 at 11:00 AM in Courtroom 1 − Worcester before Magistrate Judge David H. Hennessy.

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: www.public.mad.uscourts.gov/seating−signup.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

(King, Dawn)
**1:20−mj−04109−DHH−1 Notice has been electronically mailed to:**

Elianna J. Nuzum     elianna.nuzum@usdoj.gov, SCheung@usa.doj.gov, SCooper@usa.doj.gov, USAMA.ECF@usdoj.gov

Brendan O. Kelley     brendan_kelley@fd.org

**1:20−mj−04109−DHH−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Brendan O. Kelley (brendan_kelley@fd.org), Elianna J. Nuzum
(elianna.nuzum@usdoj.gov, scheung@usa.doj.gov, scooper@usa.doj.gov, usama.ecf@usdoj.gov),
Magistrate Judge David H. Hennessy (dawn_king@mad.uscourts.gov,
honorable_david_hennessy@mad.uscourts.gov, kristin_crafts@mad.uscourts.gov,
shea_miller@mad.uscourts.gov)
--Non Case Participants: Media Account (media@mad.uscourts.gov)
--No Notice Sent:

Message-Id:8838819@mad.uscourts.gov
Subject:Activity in Case 1:20-mj-04109-DHH USA v. Fratus Initial Appearance - Rule 5(c)(3)
```
Content−Type: text/html

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/16/2020 at 11:47 AM EDT and filed on 6/16/2020

| | |
|---|---|
| **Case Name:** | USA v. Fratus |
| **Case Number:** | 1:20−mj−04109−DHH |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy:
Initial Appearance in Rule 5(c)(3) Proceedings as to Peter Fratus held on 6/16/2020 :**

Rule 5 case called. Defendant and his attorney (FPD: Kelley, B.) appear via video conference. Defendant
appears in custody from Plymouth. All other parties are present via video conference as well. Court explains
the circumstances under which the Court is operating due to the Coronavirus epidemic and instructs the
Defendant on his right to be present in the courtroom. Defendant knowingly and voluntarily waives his
appearance in the courtroom and agrees to participate via video conference. The Court finds that requiring the
Defendant to be present could further jeopardize the health of the public and that delaying this proceeding
would not serve justice. The Court finds that public access to this hearing has been made. The Court now
proceeds with the hearing with respect to Defendant's Initial Appearance. Court informs Defendant of reason
for his appearance, charges, rights and constitutional rights. Court provisionally appoints FPD (Kelley, B.)
and will submit a financial affidavit after the hearing. Government states maximum penalties and moves for
detention and requests a detention hearing in 3 days. Court advises Defendant of rights in this district and the
charging district. Defendant does not contest identity and does seek a detention hearing, also a preliminary
hearing, set for 6/19/20 9:00am. Preliminary and Detention Hearing set for 6/19/2020 at 9:00 AM in
Courtroom 1 − Worcester before Magistrate Judge David H. Hennessy. FBI Agent Brian Pereira presents the
Rule 5 Affidavit and the Judge signs on behalf of the Agent electronically. Defendant remains in custody at
Plymouth.

*Hearing date and time is subject to prison's confirmation. A separate video conference invitation will be
emailed to counsel after confirmation. If counsel would like to speak to client(s) on the video conference
before the start of the hearing, please email the Courtroom Deputy Clerk immediately upon receipt of this
notice.

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: www.public.mad.uscourts.gov/seating−signup.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

(Attorneys present: Nuzum, Kelley (PO Foster. )Court Reporter Name and Contact or digital recording information: Linda Walsh at lwalshsteno@gmail.com. (King, Dawn)

**1:20−mj−04109−DHH−1 Notice has been electronically mailed to:**

Elianna J. Nuzum    elianna.nuzum@usdoj.gov, SCheung@usa.doj.gov, SCooper@usa.doj.gov, USAMA.ECF@usdoj.gov

Brendan O. Kelley    brendan_kelley@fd.org

**1:20−mj−04109−DHH−1 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                              )
        v.              )     MJ Case No. 20-04109-DHH
                              )
PETER FRATUS,        )
Defendant            )

**<u>AFFIDAVIT IN SUPPORT OF ARREST</u>**

I, Brian Pereira, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable David H. Hennessy, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Peter Fratus on a Complaint (20-MJ-1000) filed in the Eastern District of Pennsylvania charging the defendant with Interstate Threatening Communications in violation of 18 U.S.C. § 875(c), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
BRIAN PEREIRA
Special Agent
Federal Bureau of Investigation

**Attested to by the affiant in accordance with the requirements of**
**Fed. R. Crim. P. 4.1 by videoconference this 16th day of June, 2020.**

_____
DAVID H. HENNESSY
Chief United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Livermore)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-MJ-1000 |
| PETER FRATUS | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PETER FRATUS                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

On or about June 6, 2020, defendant PETER FRATUS knowingly transmitted in interstate or foreign commerce a communication containing a threat to injury another person, by threatening to hang and kill D.O.  All in violation of 18 U.S.C. § 875(c).

Date:     June 15, 2020                          /s/ The Honorable Marilyn Heffley
                                                              *Issuing officer's signature*

City and state:   Philadelphia, PA                   HON. MARILYN HEFFLEY, USMJ
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

22

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Brendan O. Kelley (brendan_kelley@fd.org), Elianna J. Nuzum
(elianna.nuzum@usdoj.gov, scheung@usa.doj.gov, scooper@usa.doj.gov, usama.ecf@usdoj.gov),
Magistrate Judge David H. Hennessy (dawn_king@mad.uscourts.gov,
honorable_david_hennessy@mad.uscourts.gov, kristin_crafts@mad.uscourts.gov,
shea_miller@mad.uscourts.gov)
--Non Case Participants: Probation (mapdb_court_notices@map.uscourts.gov)
--No Notice Sent:

Message-Id:8845388@mad.uscourts.gov
Subject:Activity in Case 1:20-mj-04109-DHH USA v. Fratus Preliminary Hearing
Content−Type: text/html
```

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing


The following transaction was entered on 6/19/2020 at 5:22 PM EDT and filed on 6/19/2020

| | |
|---|---|
| **Case Name:** | USA v. Fratus |
| **Case Number:** | <u>1:20−mj−04109−DHH</u> |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **Electronic Clerk's Notes for proceedings held before Magistrate Judge David H. Hennessy: Preliminary and Detention Hearing as to Peter Fratus held on 6/19/2020. Case called (Rule 5). Defendant and his attorney (FPD: Kelley, B.) appear via video conference. Defendant appears in custody from Plymouth. All other parties are present via video conference as well. Court explains the circumstances under which the Court is operating due to the Coronavirus epidemic and instructs the Defendant on his right to be present in the courtroom. Defendant knowingly and voluntarily waives his appearance in the courtroom and agrees to participate via video conference. The Court finds that requiring the Defendant to be present could further jeopardize the health of the public and that delaying this proceeding would not serve justice. The Court finds that public access to this hearing has been made. The Court now proceeds with the hearing with respect to Defendant's Preliminary and Detention Hearing. Parties agree to proceed via proffer. Defendant addresses some items in the Pretrial Services Report with the Court that Defendant feels were not correct. Government moves to admit Exhibits 1−10. Court admits them, no objection. Government moves for detention and proceeds via proffer. Defendant argues for release with conditions and comments on probable cause. Government further argues for detention. The Court finds probable cause and states reasons therefore. Government's motion to detain is granted on danger to community and risk of flight. Defendant advised of his right of appeal. Defendant remains in custody at Plymouth.(Attorneys present: Nuzum, Kelley, PO Foster, K. )Court Reporter Name and Contact or digital recording information: Kelly Mortellite at mortellite@gmail.com. (King, Dawn)**


**1:20−mj−04109−DHH−1 Notice has been electronically mailed to:**

Elianna J. Nuzum    elianna.nuzum@usdoj.gov, SCheung@usa.doj.gov, SCooper@usa.doj.gov,
USAMA.ECF@usdoj.gov

Brendan O. Kelley    brendan_kelley@fd.org

**1:20−mj−04109−DHH−1 Notice will not be electronically mailed to:**

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Massachusetts

USA

V.

Peter Fratus

## EXHIBIT AND WITNESS LIST

Case Number:  19-4109

| PRESIDING JUDGE<br>Hennessy | PLAINTIFF'S ATTORNEY<br>Nuzum | DEFENDANT'S ATTORNEY<br>Kelley |
|---|---|---|
| TRIAL DATE (S)<br>6/19/20 | COURT REPORTER<br>Mortalitte | COURTROOM DEPUTY<br>King |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | 6/19/2020 | x | x | Complaint and Affidavit |
| 2 | | 6/19/2020 | x | x | E. Dist. Pa Motion for Detention |
| 3 | | 6/19/2020 | x | x | 2016 Court Record and Report |
| 4 | | 6/19/2020 | x | x | 2019 Court Record |
| 5 | | 6/19/2020 | x | x | 2019 Arrest Report |
| 6 | | 6/19/2020 | x | x | 2019 Conditions of Probation |
| 7 | | 6/19/2020 | x | x | 2019 Electronic Docket as of 6-18-20 |
| 8 | | 6/19/2020 | x | x | Audio Recording-Plea |
| 9 | | 6/19/2020 | x | x | BPD Historical Incident Report |
| 10 | | 6/19/2020 | x | x | BPD Historical Incident Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Brendan O. Kelley (brendan_kelley@fd.org), Elianna J. Nuzum
(elianna.nuzum@usdoj.gov, scheung@usa.doj.gov, scooper@usa.doj.gov, usama.ecf@usdoj.gov),
Magistrate Judge David H. Hennessy (dawn_king@mad.uscourts.gov,
honorable_david_hennessy@mad.uscourts.gov, kristin_crafts@mad.uscourts.gov,
shea_miller@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8845457@mad.uscourts.gov
Subject:Activity in Case 1:20-mj-04109-DHH USA v. Fratus Order
```
Content−Type: text/html

## United States District Court

## District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 6/19/2020 at 5:40 PM EDT and filed on 6/19/2020

| | |
|---|---|
| **Case Name:** | USA v. Fratus |
| **Case Number:** | 1:20−mj−04109−DHH |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
 **Magistrate Judge David H. Hennessy: ELECTRONIC ORDER entered. as to Peter Fratus : Attorney Brendan Kelley's provisional appointment is made permanent for purposes of proceedings in this district. (King, Dawn)**


**1:20−mj−04109−DHH−1 Notice has been electronically mailed to:**

Elianna J. Nuzum    elianna.nuzum@usdoj.gov, SCheung@usa.doj.gov, SCooper@usa.doj.gov, USAMA.ECF@usdoj.gov

Brendan O. Kelley    brendan_kelley@fd.org


**1:20−mj−04109−DHH−1 Notice will not be electronically mailed to:**

Case 4:20-mj-04109-DHH  Document 11-21  Filed 06/23/20  Page 27 of 29

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CRIMINAL ACTION** |
| ) | **NO. 20-MJ-4109-DHH** |
| **PETER FRATUS,** ) | **(See also Eastern District of PA.** |
| ) | **Cr. No. 20-1000)** |
| ) | |
| **Defendant** ) | |

## RULE 5 ORDER OF REMOVAL
June 19, 2020

Hennessy, M.J.

## I.  Nature of the Offense and the Government's Motion

This is a commitment to another District proceeding, pursuant to Fed. R. Crim. P. 5(c)(2). Defendant Peter Fratus was arrested in this District pursuant to a warrant for his arrest issued in the United States District Court for the Eastern District of Pennsylvania.  The warrant was based on a criminal complaint charging Mr. Fratus with Interstate Transmission of Threatening Communications, in violation of 18 U.S.C. § 875( c)

This Court conducted an initial appearance on June 16, 2020, the date of Fratus' arrest, at which the Federal Public Defender was provisionally appointed to represent Mr. Fratus for purposes of all proceedings in the District of Massachusetts.  Mr. Fratus was advised of his right under the Constitution to remain silent and to the assistance of counsel at every critical stage of the proceedings.  The Court also advised Mr. Fratus of his right to detention and preliminary hearings either in this district or the Eastern District of Pennsylvania, his right to an identity

1

hearing, and the provisions of Rule 20, under Fed. R. Crim. P. 5(c)(3). The United States moved for detention pursuant to the Bail Reform Act.

At the initial appearance, Mr. Fratus, with the assistance of counsel, knowingly and voluntarily waived his right to an identity hearing; the Court finds, based on this waiver, that he is the person named in the warrant of arrest. The matter was continued to June 19, 2020 for a detention hearing and preliminary hearing.

On June 19, 2020, the court conducted a detention and preliminary hearing at which evidence was proffered, exhibits received, and arguments made. For the reasons stated on the record, I find the criminal complaint is supported by probable cause. In addition, for the reasons stated on the record, I find that the United States has carried its burden of establishing  by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Mr. Fratus' appearance as required, and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Mr. Fratus is therefore ordered detained.

The United States has produced a reliable electronic copy of the warrant in compliance with Rule 5.

## II.  Order of Detention

WHEREFORE, the Defendant is REMANDED to the custody of the United States Marshals Service and ORDERED removed to the Eastern District of Pennsylvania

2

.

## **RIGHT OF APPEAL**

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION

FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C.

§ 3145(b).


/s/ David H. Hennessy
David H. Hennessy
United States Magistrate Judge

3