IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-691** |
| | : | |
| | : | |
| **CHRISTIAN MATTHEW MANLEY** | : | |

**ORDER**

**AND NOW**, this            day of                         , 2022, upon consideration of the Defendant's Motion to Revoke Detention Order and for Pretrial Release, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Mr. Manley shall reside at the address to be provided to and approved by United States Pretrial Services.

It is **FURTHER ORDERED** that he shall be placed on home detention with location monitoring with standard conditions regarding permissions to leave for religious services, medical appointments and care, employment, and attorney appointments. Any time outside the approved residence must be preapproved by Pretrial Services.

BY THE COURT:

_____
**HONORABLE TANYA S. CHUTKAN**
**United States District Court Judge**