IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 21-691** |
| | : | |
| | : | |
| **CHRISTIAN M. MANLEY** | : | |

# O R D E R

**AND NOW**, this _____ day of _____, 2022, the Court being advised that defense counsel requests additional time to await a response from the United States Marshalls, it is hereby **ORDERED** that the defendant's unopposed motion for a continuance of the status conference is **GRANTED**.

BY THE COURT:

_____
**THE HONORABLE TANYA S. CHUTKAN**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 21-691 |
| | : | |
| CHRISTIAN M. MANLEY | : | |

**DEFENDANT'S UNOPPOSED MOTION
FOR A CONTINUANCE OF STATUS CONFERENCE**

Christian M. Manley, by and through his attorney, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania respectfully requests that the Court continue his status conference for the above captioned case. In support of this request, it is stated:

1. A status conference in this matter is currently scheduled for February 4, 2022.

2. Counsel is still awaiting a response from the United States Marshalls regarding the requirements to transfer Mr. Manley to the Eastern District of Pennsylvania and respectfully request a two (2) week extension of time.

3. Assistant United States Attorney Robert Juman does not oppose this request for a continuance.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted and the status conference be continued for not less than two (2) weeks.

Respectfully submitted,

*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

I, Natasha Taylor-Smith, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have filed and served a copy of the Defendant's Unopposed Motion for Continuance of Status Conference, by electronic notification upon:

Robert Juman
Assistant United States Attorney
United States Attorney's Office
555 4th St., NW
Washington, DC 20530

*/s/ Natasha Taylor-Smith*
NATASHA TAYLOR-SMITH
Assistant Federal Defender

DATE:        February 3, 2022