# UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 21-cr-691 (TSC)** |
| **CHRISTIAN MATTHEW MANLEY,** | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on April 17, 2023 via USAfx, in relation to the upcoming sentencing hearing. These exhibits will be offered into evidence during the sentencing hearing scheduled for April 25, 2023. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1.   Government Exhibit 1 is a United States Capitol Police CCV clip. The clip is approximately 3 minutes 30 seconds. The events depicted in in the exhibit occurred at approximately 2:45 p.m. EST on January 6, 2021.

2.   Government Exhibit 2 is an open source video. The clip is approximately :04 seconds. The events depicted in the exhibit occurred at approximately 2:52 p.m. EST on January 6, 2021.

3. Government Exhibit 3 is a United States Capitol Police CCV clip. The clip is approximately 7 minutes 18 seconds. The events depicted in in the exhibit occurred at approximately 2:53 p.m. EST on January 6, 2021.

4. Government Exhibit 4 is an open source video. The clip is approximately 1 minute 9 seconds. The events depicted in the exhibit occurred at approximately 2:53 p.m. EST on January 6, 2021.

5. Government Exhibit 5 is an open source video. The clip is approximately :40 seconds. The events depicted in the exhibit occurred at approximately 2:55 p.m. EST on January 6, 2021.

6. Government Exhibit 6 is an open source video. The clip is approximately 6 minutes 30 seconds. The events depicted in the exhibit occurred at approximately 2:53 p.m. EST on January 6, 2021.

7. Government Exhibit 7 is an open source video. The clip is approximately :29 seconds. The events depicted in the exhibit occurred at approximately 2:59 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on June 25, 2021, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By: /s/ Zachary Phillips
ZACHARY PHILLIPS
Assistant United States Attorney
CO Bar No. 31251
Capitol Riot Detail
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (720) 281-1611
Zachary.phillips@usdoj.gov
Washington, D.C. 20530